HARRY M. LEVY, Appellant, *v.* JOSEPH CORN, Respondent.
(Appeal No. 2.)

First Department, March 5, 1920.

See head note in *Levy* v. *Corn*, *No. 1* (*ante*, p. 56).

APPEAL by the plaintiff, Harry M. Levy, from an order of
the Supreme Court, made at the New York Special Term and
entered in the office of the clerk of the county of New York on
the 11th day of March, 1919, denying plaintiff's motion to
vacate and open an order dated January 23, 1919, setting aside
the verdict and granting a new trial.

*Walter H. Gilpatric* of counsel [*Edward M. Bassett* and
*Nathaniel Fishman* with him on the brief; *Bassett, Thompson &
Gilpatric*, attorneys], for the appellant.

*Joseph A. Seidman*, for the respondent.

PAGE, J.:

The order setting aside the verdict and granting a new trial
has been reversed by this court (*Levy* v. *Corn*, *No. 1*, 191

App. Div. 56, decided herewith). Therefore, this appeal from the order denying a motion to set aside said order will be dismissed, without costs.

CLARKE, P. J., DOWLING, SMITH and PHILBIN, JJ., concur.

Appeal from order dismissed, without costs.